IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| ZEN SEIFU, | : | Case No. 1:21-cv-462 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| POSTMASTER GENERAL, U.S. POSTAL SERVICE, | : | |
| Defendant. | : | |

## ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 17) AND DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman (Doc. 17), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, Defendant's Motion to Dismiss for Lack of Jurisdiction (Doc. 8) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND